

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | CASE NO. **1:11CR514** |
| ) | Title 18, Section 922(g)(1), |
| v. ) | Title 26, Sections 5861, 5871 |
| MARCUS WOMACK, ) | United States Code |
| ) | **JUDGE ADAMS** |
| Defendant. ) | |

### COUNT 1

The Grand Jury charges:

On or about October 21, 2011, in the Northern District of Ohio, Eastern Division, MARCUS WOMACK, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Trafficking in Drugs, in Case Number 09-531713, in the Cuyahoga County Court of Common Pleas, on or about February 8, 2010, did knowingly possess in and affecting interstate or foreign commerce a firearm, to wit: a Winchester, Model 370, 12 gauge shotgun, serial number C238094, in violation of Title 18, Section 922(g)(1), United States Code.

## COUNT 2

The Grand Jury further charges:

On or about October 21, 2011, in the Northern District of Ohio, Eastern Division, MARCUS WOMACK did knowingly and unlawfully possess a firearm as defined in Title 26, Section 5845(a)(2), United States Code, that is, a weapon made from a shotgun, within the meaning of Title 26, Sections 5845(a) and (d), United States Code, and more particularly described as a a Winchester, Model 370, 12 gauge shotgun, serial number C238094, modified with a barrel length of approximately 16 and 1/8 inches, and an overall length of approximately 23 inches, which firearm had not been registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code; all in violation of Title 26, Sections 5861(d) and 5871, United States Code.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.